# FRANKLIN & SCHAPIRO,
### CHARTERED
### ATTORNEYS AT LAW
204 EAST LOMBARD STREET
SUITE 101
BALTIMORE, MARYLAND 21202-3236

STANFORD H. FRANKLIN
GARY A. SCHAPIRO
JAMES MOSKOS, JR.
STEVEN R. ZAPORA
ALLEN N. HORVITZ
WILLIAM A. SCHOEBERLEIN, III
MARK S. HENCKEL

**TELEPHONE**
(410) 685-3800

**FAX**
(410) 783-7502

SAMUEL B. DRUE (1922-1976)

January 6, 2000

**The Honorable Benson E. Legg**
United States District Judge
United States District Court
For The District Of Maryland - Northern Division
340 U.S. Court House
101 W. Lombard Street
Baltimore, Maryland  21201

      RE:   *Laura Brewer etal. v. Huge Haul, Inc.
             et al. - Case No. L-98-1988*
             Our File:  004044

Dear Judge Legg:

    I have recently entered my appearance in this case on behalf of Huge Haul, Inc. in substitution of Mr. Michael J. Prame. I am aware of the Scheduling Order approved by the Court on the 29th of November 1999 and have had an opportunity to only briefly review part of the file. I have discussed the status of this case with all counsel. They have graciously agreed, at my request, subject to the Court's approval to the following **Amended Schedule:**

1. May 15, 2000:    Factual discovery complete.

2. June 15, 2000:    Plaintiff to name expert witnesses.

3. July 17, 2000:    Defendants to name expert witnesses.

4. August 18, 2000:    Expert discovery complete.

5. December 15, 2000:    Status Report due to the Court.

                        Very truly yours,

                        GARY A. SCHAPIRO

GAS:lw
ccs: Matthew Zimmerman, Esquire
     Charles E. Wilson, Jr., Esquire
     Daniel Karp, Esquire