IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| LAURA BREWER, *et al.* | : | |
| Plaintiffs | : | |
| vs. | : | Case No.: L-98-1988 |
| THE HEIL CO., *et al.* | : | |
| Defendants | : | |

---

| | |
|---|---|
| HUGH HAUL, INC. | : |
| Third-Party Plaintiff | : |
| vs. | : |
| WASTE MANAGEMENT, INC. | : |
| Third-Party Defendant | : |

## ORDER

Upon Consideration of the Motion filed by Huge Haul, Inc. to Compel Waste Management, Inc. to Answer Interrogatories and Produce Documents, and the Motion filed by Huge Haul, Inc. against Waste Management, Inc. for Sanctions, and it appearing that Waste Management, Inc. has filed Answers to Interrogatories and has further filed Responses to the Request for Production of Documents, and it further appearing that Waste Management, Inc. has not knowingly, unjustifiably, or in bad faith failed to answer the Interrogatories or respond to the Request for Production of Documents, it is, therefore, by

LAW OFFICES
MCCARTHY, WILSON
& ETHRIDGE
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

the United States District Court for the District of Maryland, Northern Division, this 23rd day of December, 1999,

ORDERED, that the Motion to Compel Answers to Interrogatories and Produce Documents be, and the same is hereby, denied, and it is further,

ORDERED, that the Motion for Sanctions be, and the same is hereby, denied.

JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MARYLAND, NORTHERN DIVISION

Copies to:

Charles E. Wilson, Jr., Esq.
McCARTHY, WILSON & ETHRIDGE
100 S. Washington Street
Rockville, MD 20850

Matthew Zimmerman, Esq.
ISRAELSON, SALSBURY, CLEMENTS & BECKMAN, LLC
300 West Pratt Street, Suite 450
Baltimore, MD 21201

Michael J. Prame, Esq.
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, NW
Washington, D.C. 20006

Daniel Karp, Esquire
ALLEN, JOHNSON, ALEXANDER & KARP
100 E. Pratt Street, Suite 1540
Baltimore, MD 21202-1089

LAW OFFICES
McCARTHY, WILSON
& ETHRIDGE
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770