UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 24, 2001

MEMORANDUM TO COUNSEL

    Re:    Brewer, et al. v. Huge Haul, Inc., et al.
             Case No. L-98-1988

Dear Counsel:

    A telephone conference call will be held on Tuesday, January 30, 2001, at 3:00 p.m. to discuss scheduling. One of counsel is asked to initiate the conference call.

    The conference call may be recorded electronically; please, therefore, do not use a speaker phone. If recorded, a transcript may be obtained by making arrangements with the Clerk's office.

    Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:    Court file