UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 31, 2001

MEMORANDUM TO COUNSEL RE:   Laura Brewer v. The Heil Co., et al.
Civil #L-98-1988

Dear Counsel:

On Tuesday, January 30, 2001, this Court held a telephone conference to discuss the above case.

As requested by counsel, the Court has appointed a Magistrate Judge to conduct a settlement conference. Counsel have informed me that expert reports have been exchanged, but that they wish to postpone expert depositions until the conclusion of the settlement conference.

In the event that the case does not settle, I will ask Magistrate Judge Bredar to set (i) a schedule for non-expert discovery, (ii) a deadline for dispositive motions, and (iii) a trial date.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Magistrate Judge Bredar
Court file